IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA, )
INTERNAL REVENUE SERVICE )
)
    Petitioners, )
)
v. ) No.: 5:10MC00004
)
CHRISTOPHER J. WYLES, )
)
    Respondent. )
_____ )

## ORDER

Having considered the United States' motion to dismiss petition, it is:

ORDERED that the United States' petition is dismissed without prejudice;

and it is further

ORDERED that the Court's Order to Show Cause is vacated.

Date: 6-4-10

UNITED STATES DISTRICT JUDGE